**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-62455-BLOOM/Valle**

MICHAEL KORS, L.L.C.,
and GIANNI VERSACE S.R.L.,

Plaintiffs,

vs.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFFS' MOTION**
**FOR ENTRY OF PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Preliminary Injunction ("Motion"), ECF No. [7]. The Court has carefully considered the Motion, the record in this case, and the applicable law, and is otherwise fully advised.

By the instant Motion, Plaintiffs, Michael Kors, L.L.C. and Gianni Versace, S.r.l. (collectively "Plaintiffs"), move for entry of a preliminary injunction against Defendants,[1] for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). The Court held a hearing by video conference on December 18, 2020, which was attended by counsel for Plaintiffs only. During the hearing, Plaintiffs directed the Court to evidence supporting the Motion for Preliminary Injunction. Prior to the hearing, Plaintiffs notified the Court that it had received an email inquiry from Defendant Numbers 172, 192, 251, 293, and 304[2] to which Plaintiffs

[1] Defendants are the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants").

[2] Plaintiffs' counsel was also contacted via email by attorneys based in the United States and foreign-

provided notice of the hearing and Defendants' rights to file answers in response to Plaintiffs' claims. Other email communications were received but were in the context of attempting to resolve the case and were not objections to the issuance of a preliminary injunction. None of the Defendants formally responded to the Motion, nor have they made any appearance or filing in this case, other than the above mentioned emails, either individually or through counsel. Because Plaintiffs have satisfied the requirements for the issuance of a preliminary injunction, the Court grants the Motion.

## I. FACTUAL BACKGROUND[3]

Plaintiff, Michael Kors, L.L.C., is the owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Michael Kors Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| MICHAEL KORS | 2,049,326 | April 1, 1997 | IC 025 – clothing for use by women; namely, anoraks; [aprons;] ascots; [ babushkas; ] bandanas; [ bathrobes; ] belts; blazers; blousons; bodysuits; boleros; boots;[ boxer shorts; brassieres; briefs;] caftans; camisoles; capes; caps; cardigans; chemises; clogs; fur coats; suit coats;[ corselets;] culottes; earmuffs; [galoshes; garter belts; girdles;] gloves; [ nightgowns; ] halter tops; hats; headbands; [ hosiery; ] jeans; jogging suits; jumpers; jumpsuits; kerchiefs; kimonos; leggings; [ leotards; ]loungewear; mittens; moccasins; mufflers; neckerchiefs; neckties; |

based counsel regarding a possible resolution of the matter on behalf of Defendant Numbers 34, 49, 51, 53, 55, 56, 57, 58, 61, 62, 64, 65, 114, 117, 135, 188, 271, 275, 279, and 323, ECF No. [20], at n.1.

[3] The factual background is taken from Plaintiffs' Amended Complaint, ECF No. [17], Plaintiffs' Motion, ECF No. [7], and supporting evidentiary submissions. Plaintiffs filed declarations and exhibits annexed thereto in support of their Motion. The declarations are available in the docket at the following entries: Declaration of Chloe Long, ECF No. [7-1], Declaration of Christine Ann Daley, ECF No. [7-2], and Declaration of Kathleen Burns, ECF No. [7-3].

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | neckwear; [ negligees; nightshirts; overalls; overshoes pajamas; panties; ] pantsuits; [ pantyhose; ] parkas; pedal pushers; [ peignors; pinafores; playsuits; pocket squares;] ponchos; pullovers; raincoats; sandals; scarves; shawls; shorts; undershirts; athletic shoes; gym shorts; sweat shorts; [ ski suits; ] slacks; [ snowsuits; ] socks; sport coats; sport shirts; [ stockings; ] stoles; suits; [ suspenders; ] sweat pants; sweat shirts; T-shirts; trousers; [tuxedos; underpants;] vests; vested suits; and warm-up suits; and, clothing for use by men; namely, anoraks; [ ascots; bandanas; bathrobes; ] belts; blazers; [ boots; boxer shorts; briefs; capes; caps; ] cardigans; [ clogs; ] fur coats; suit coats; [ earmuffs; galoshes; ] gloves; hats; [ headbands; hosiery; jeans; jogging suits; kerchiefs; leotards; loungewear; mittens; moccasins; mufflers; neckerchiefs; ] neckties; neckwear; [ nightshirts; overalls; overshoes; pajamas; pantsuits; ] parkas; [ pedal pushers; playsuits; ] pocket squares; [ ponchos; ] pullovers; raincoats; [ sandals; ] scarves; [ shawls; ] shorts; undershirts; [ athletic shoes; gym shorts; sweat shorts; ski suits; ] slacks; [ snowsuits; socks; ] sport coats; sport shirts; suits; [ suspenders; ] sweat pants; sweat shirts; T-shirts; trousers; tuxedos; vests; vested suits; [ and warm-up suits ]. |
| MICHAEL KORS | 2,520,757 | December 18, 2001 | IC 018 – handbags, billfolds, credit card cases, key cases, and tote bags. |

| **Trademark** | **Registration Number** | **Registration Date** | **Class(es) / Relevant Goods** |
|---|---|---|---|
| MICHAEL MICHAEL KORS | 3,080,631 | April 11, 2006 | IC 018 – bags, namely, tote bags; handbags; purses; wallets.<br><br>IC 025 – Men's and women's clothing, namely, dresses, skirts, blouses, pants, jackets, blazers, coats, raincoats, capes, ponchos, scarves, hats, gloves, sweaters, belts, bathing suits, halter tops, jeans, warm up suits, sweatshirts, sweatpants, leggings, shorts, slacks, sport coats, sport shirts, suits, t-shirts, vests, ties; undergarments for women, namely, camisoles; footwear and headwear; belts. |
| MICHAEL KORS | 3,160,981 | October 17, 2006 | IC 014 – watches. |
| MK MICHAEL KORS | 3,438,412 | May 27, 2008 | IC 009 – eyeglass frames, eyeglasses, sunglasses, eye shades.<br><br>IC 018 – handbags.<br><br>IC 025 – Men's and women's clothing, namely, dresses, skirts, blouses, pants, jackets, blazers, coats, sweaters, belts, jeans, sweatshirts, shorts, slacks, sport coats, T-shirts; footwear and headwear; belts. |
| MK MICHAEL KORS | 3,535,310 | November 18, 2008 | IC 014 – watches. |
| MICHAEL KORS | 4,052,748 | November 8, 2011 | IC 014 – jewelry. |

*See* Declaration of Chloe Long, ECF No. [7-1], at 4-5; ECF No. [17-1] (containing Certificates of Registrations for the Michael Kors Marks at issue). The Michael Kors Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above. *See* Declaration of Chloe Long, ECF No. [7-1], at 4-5.

Plaintiff, Gianni Versace, S.r.l., is the owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Versace Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | 1,875,093 | Jan. 24, 1995 | IC 009 – spectacles and spectacles frames.<br><br>IC 014 – goods of precious metals or coated therewith, namely necklaces, earrings, bracelets, broches, rings, necktie pins, badges of precious metal, medallions, belt buckles of precious metal (for clothing), jewelry, precious gemstones, watches, clocks, chronometers. |
| VERSACE | 2,121,984 | Dec. 16, 1997 | IC 018 – leather or imitations of leather, namely, animal skins and hides, handbags, wallets, luggage, attache cases, tote bags, briefcases, all purpose sport bags, travelling trunks and carry-on bags, shoulder bags, garment bags for travelling, keycases, umbrellas.<br><br>IC 025 – clothing for men, women and children, namely belts, coats, raincoats, waistcoats, blouses and pullovers, jackets, trousers, skirts, dresses, suits, shirts and chemises, T-shirts, sweaters, underwear, socks and stockings, gloves, ties, scarves, hats and caps, boots, shoes and slippers. |
| VERSACE | 2,440,541 | April 3, 2001 | IC 020 – chairs, cupboards; cushions; desks; divans; figures of bone, ivory, plaster, plastic, wax and wood; domestic fireplace bellow; door handles for furniture; non-metal key chains; office furniture; pillows; parts and fittings for all the aforesaid goods.<br>IC 024: bath linen, bath mats, bed linen; blankets; unfitted fabric, furniture covers; handkerchiefs; kitchen towels. |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | 2,980,455 | Aug. 2, 2005 | IC 009 – optical instruments, apparatus and equipments, namely eyeglasses; reading glasses, and optical glasses; sunglasses; spectacles; spectacles frames; monocles; lorgnettes.<br><br>IC 014 – articles made of precious metals and alloys of precious metals with or without precious stones, namely rings, necklaces, bracelets, brooches, earrings, tie clips, cuff-links, diamonds, jewelry cases made of precious metal, watches, clocks, chronometers, watch cases, costume jewelry.<br><br>IC 018 – leather and imitation of leather sold in bulk, handbags, wallets, luggage, attache cases, tote bags, briefcases, sport bags, traveling trunks, carry-on bags, shoulder bags, garment bags for traveling, key cases, umbrellas, parasols, walking sticks, whips, harnesses, saddlery; leather key chains.<br>IC 020: Furniture; mirrors, namely looking glasses; picture frames; chairs; cupboards; cushions; desks; divans; plastic and wood doorknobs; figures of bone, ivory, plaster, plastic, wax and wood; plastic and wood furniture handles for doors, plastic key chains; magazine racks; office furniture; pillows; fitted furniture covers.<br><br>IC 024 – fabric for textile use, fabric of imitation animal skins, fabric for boots and shoes, bath linen; bed linen; blankets; curtains; unfitted furniture covers; handkerchiefs; kitchen towels; textile wall hangings.<br><br>IC 025 – clothing for men, women and children, namely belts, coats, raincoats, waistcoats, blouses and pullovers, jackets, trousers, skirts, dresses, suits, shirts and chemises, T-shirts, sweaters, underwear, socks and stockings, gloves, ties, scarves, hats and caps, boots, shoes and slippers. |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
|  | 3,194,501 | Jan. 2, 2007 | IC 009 – glasses, sunglasses, spectacles, spectacle frames, and cases.<br><br>IC 014 – articles made of precious metals and alloys of precious metals, with or without precious stones, namely, rings, necklaces, bracelets, earrings, tie clips, cuff-links, watches, costume jewellery.<br><br>IC 024 – fabric for textile use, fabric for boots and shoes, bath linen, bed linen, bed blankets, unfitted fabric furniture covers.<br><br>IC 025 – clothing for men, women and children, namely belts, coats, raincoats, waistcoats, blouses, and pullovers, jackets, trousers, skirts, dresses, suits, shirts and chemises, t-shirts, sweaters, underwear, socks and stockings, gloves, ties, scarves, hats and caps, boots, shoes and slippers. |
|  | 3,199,127 | Jan. 16, 2007 | IC 009 – optical instruments, apparatus and equipment, namely, glasses, sunglasses, spectacles, spectacle frames, accessories in the nature of eyeglass chains, and parts, fittings, components and cases for all the aforesaid goods.<br><br>IC 014 – articles made of precious metals and alloys of precious metals, with or without precious stones, namely, rings, necklaces, bracelets, brooches, earrings, tie clips, cuff-links, watches, watch cases, costume jewellery, parts and fittings for all the aforesaid goods.<br><br>IC 018 – leather and imitation leather goods, namely, handbags, wallets, luggage, tote bags, briefcases, sport bags, carry-on bags, shoulder bags, garment bags for traveling, key cases.<br><br>IC 024 – fabric for textile use, fabric of imitation animal skins, fabric for boots and shoes, bath linen, bed linen; bed blankets; and |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | kitchen towels. |
| | 3,453,992 | June 24, 2008 | IC 009 – glasses, sunglasses, spectacles.<br><br>IC 018 – leather and imitation leather goods, namely, handbags, wallets, luggage, tote bags, key cases.<br><br>IC 020 – furniture; mirrors, namely, looking glasses; cushions; desks; divans; office furniture; pillows; parts and fittings for the aforesaid furniture goods, namely, fitted furniture covers not of paper.<br><br>IC 024 – bath linen; bed linen; bed blankets.<br><br>IC 025 – Clothing for men, women and children, namely, belts, coats, waistcoats, blouses and pullovers, jackets, trousers, skirts, dresses, shirts and chemises, T-shirts, underwear, socks and stockings, gloves, ties, scarves, hats and caps, shoes and slippers.<br><br>IC 026 – clothing buttons. |
| VERSACE | 3,976,544 | 3,976,544 | IC 009 – glasses, namely, eyeglasses; sunglasses; spectacles; spectacle frames; spectacle cases, parts and accessories for the aforementioned products, namely, eyeglasses, lenses and optical frames. |
| VERSACE | 4,398,385 | Sep. 10, 2013 | IC 014 – articles made of precious metals and alloys of precious metals with or without precious stones, namely, rings, necklaces, bracelets, brooches, earrings, tie clips, cufflinks, diamonds, jewel cases, watches, clocks, chronometers, watch cases, costume jewelry, parts and fittings for all the aforesaid goods.<br><br>IC 027 – carpets, bath mats; rugs, mats and matting, and other materials for covering existing floors; non-textile wall hangings. |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | 4,476,530 | Feb. 4, 2014 | IC 025 – clothing for men, women and children, namely, belts, coats, raincoats, waistcoats, blouses and pullovers, jackets, trousers, skirts, dresses, suits, shirts and chemises, T-shirts, sweaters, underwear, socks and stockings, gloves, ties, scarves, hats and caps, boots, shoes and slippers.<br><br>IC 026 – lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins namely, hair pins, curling pins, safety pins and needles, buckles, namely, belt buckles and hair buckles. |
| | 5,253,199 | Aug. 01, 2017 | IC 014 – jewellery, precious stones; horological and chronometric instruments; jewelry, namely, rings; cuff links; jewelry, namely, bracelets; watch bands; watch cases being parts of watches; clock cases being parts of clocks; watch chains; jewelry chains; pendants; jewelry, namely, necklaces; chronographs as watches; timepieces; stopwatches; chronoscopes; diamonds; tie pins; figurines, namely, statuettes of precious metal; gold thread jewelry; jewelry, namely, wire in the nature of threads of precious metal; jewelry, namely, silver thread; jewellery; jewelry, namely, cloisonné jewellery; badges of precious metal; clock- and watchmaking items, namely, clock hands; alloys of precious metal; ingots of precious metals; movements for clocks and watches; medals; jewelry, namely, lockets; earrings; jewellery of yellow amber; ivory jewelry; jewelry, namely, ornaments; ornaments of jet; shoe ornaments of precious metal; hat ornaments of precious metal; pendulum clocks; atomic clocks; wristwatches; pocket watches; master clocks; electric clocks and watches; jewellery stones; key rings in the nature of trinkets and fobs of precious metal; dials for clock-and-watch-making; boxes of precious metal; cases for clock- and watchmaking, namely, cases being parts of watches and clocks; jewelry cases in the nature of caskets or boxes; presentation |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | cases for watches being parts of watches; pins being jewelry; ornamental pins; jewelry, namely, brooches; statuettes of precious metal; costume jewelry, namely, paste jewelry; time instruments, namely, watches, clocks; alarm clocks; watch crystals. |
| | 5,173,618 | | IC 014 – jewelry, precious stones; horological and chronometric instruments; rings being jewelry; cuff links; bracelets being jewelry; watch bands; watch cases; clock cases; watch chains; jewelry chains; pendants; necklaces being jewelry; chronographs for use as timepieces; timepieces; stopwatches; chronoscopes; diamonds; tie pins; figurines in the nature of statuettes of precious metal; gold thread jewelry; wire of precious metal, namely, precious metal jewelry chains; silver thread jewelry; cloisonné jewelry; badges of precious metal; clock hands for clock- and watchmaking; alloys of precious metal; ingots of precious metals; movements for clocks and watches; medals; lockets being jewelry; earrings; jewelry of yellow amber, ivory jewelry; jewelry ornaments; ornaments of jet; shoe ornaments of precious metal; hat ornaments of precious metal; pendulum clocks; atomic clocks; wristwatches; pocket watches; master clocks; electric clocks and watches; jewelry stones; trinkets or fobs, namely, key rings of precious metal; dials for clock and watch making; boxes of precious metal; cases for clock- and watchmaking; jewelry cases, namely, jewelry caskets and boxes; presentation cases for watches, namely, cases adapted for holding watches; pins being jewelry; ornamental pins; jewelry brooches; statuettes of precious metal; paste jewelry being costume jewelry; time instruments, namely, watches, clocks; alarm clocks; watch crystals. |

*See* Declaration of Chloe Long, ECF No. [7-1], at 10-11; ECF No. [17-2] (containing Certificates of Registration for the Versace Marks at issue). The Versace Marks are used in connection with the manufacture and distribution of quality goods in the category identified above. *See* Declaration of Chloe Long, ECF No. [7-1], at 10-11.

Defendants, by operating Internet based e-commerce stores and a commercial Internet website under Defendants' respective seller identification names and domain name identified on Schedule "A" hereto (the "Seller IDs and Subject Domain Name"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiffs have determined to be counterfeits, infringements, reproductions or colorable imitations of the Michael Kors Marks and/or the Versace Marks (collectively "Plaintiffs' Marks"). *See* Declaration of Chloe Long, ECF No. [7-1], at 16-20; Declaration of Christine Ann Daley, ECF No. [7-2], at 2; Declaration of Kathleen Burns, ECF No. [7-3], at 4.

Although each Defendant may not copy and infringe each of Plaintiffs' Marks for each category of goods protected, Plaintiffs have submitted sufficient evidence showing each Defendant has infringed, at least, one or more of Plaintiffs' Marks. *See* Declaration of Chloe Long, ECF No. [7-1], at 16-20. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of Plaintiffs' Marks. *See* Declaration of Chloe Long, ECF No. [7-1], at 16, 19-20.

Counsel for Plaintiffs retained Invisible Inc ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of Plaintiffs' branded products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit versions of Plaintiffs' branded products. *See* Declaration of Chloe Long, ECF No. [7-1], at 17; Declaration of Christine Ann Daley, ECF No.

[7-2], at 2; Declaration of Kathleen Burns, ECF No. [7-3], at 3. Invisible accessed the Internet based e-commerce stores and Internet website operating under the Seller IDs and Subject Domain Name and placed orders from each Defendant for the purchase of various products, all bearing[4] counterfeits of, at least, one of Plaintiffs' trademarks at issue in this action, and requested each product to be shipped to Invisible's address in the Southern District of Florida. *See* Declaration of Kathleen Burns, ECF No. [7-3], at 4. Each order was processed entirely online, and following the submission of the orders, Invisible received information for finalizing payment[5] for the various products ordered via Defendants' respective payment accounts[6] and/or payee,[7] which are identified on Schedule "A" hereto.[8] (*See id.*) At the conclusion of the process,

---

[4] Certain Defendants blurred-out and/or physically altered the images of Plaintiffs' Marks on the product being offered for sale via its e-commerce store. The product Invisible received from this Defendant bears Plaintiffs' Marks in their entirety. (*See* Declaration of Kathleen Burns, ECF No. [7-3], at 4, n.1.)

[5] Invisible was instructed not to transmit the funds to finalize the sale for the orders from some of the Defendants so as to avoid adding additional funds to Defendants' coffers. (*See* Declaration of Christine Ann Daley, ECF No. [7-2], at 7 2, n.1; Declaration of Kathleen Burns, ECF No. [7-3], at 4, n.2.)

[6] Defendant Number 38 operates via a website and Defendant Numbers 39-48 operate via the non-party Internet marketplace platform eBay.com, and use money transfer and retention services with PayPal, Inc. ("PayPal"). Moreover, Defendant Numbers 5 and 8-9, who operate via AliExpress.com, use money transfer and retention services with PayPal as an additional payment method. (*See* Declaration of Kathleen Burns, ECF No. [7-3], at 4 n.3; Declaration of Christine Ann Daley, ECF No. [7-2], at 7.)

[7] Defendant Numbers 1-31 operate via the non-party Internet marketplace platform, AliExpress.com, and have their payments processed on their behalf using Alipay. Defendant Numbers 32-37 operate via the non-party e-commerce marketplace platform, Amazon.com, and use payment processing and retention services with Amazon Payments, Inc. Defendant Numbers 49-65 operate via the non-party e-commerce marketplace platform Joom.com, which is operated by SIA Joom. The payee for the orders placed on Joom.com identifies "Joom USA Inc," which is the aggregate PayPal account for purchases made via Joom.com. Defendant Numbers 66-77 operate via the non-party e-commerce marketplace platform, Wish.com ("Wish"), which is operated by ContextLogic Inc. ("ContextLogic"). The payee for the orders placed on Wish.com identifies "PayPal *Wish," which is the aggregate PayPal account for purchases made via Wish.com. Lastly, Defendant Numbers 78-340 operate via the non-party e-commerce marketplace platform, DHgate.com, which utilizes DHpay.com as a third-party payment service. As such, Defendants' payment information is not publicly disclosed. However, because these financial entities accept and/or process payments on behalf of the individual merchants operating on their respective platforms, the financial entities can tie a particular Seller ID, merchant identification number, and/or store number to a reported transaction and identify the merchant's funds held in sub-accounts within their respective account. (*See* Declaration of Kathleen Burns, ECF No. [7-3], at 4 n.3; Declaration

the detailed web page captures and images of the various Plaintiffs' branded products ordered via Defendants' Seller IDs and Subject Domain Name, together with photographs of some of the products received, were sent to Plaintiffs' representative, Chloe Long, for inspection. *See* Declaration of Chloe Long, ECF No. [7-1], at 18; Declaration of Christine Ann Daley, ECF No. [7-2], at 2.

Plaintiffs' representative reviewed and visually inspected the detailed web page captures and photographs reflecting Plaintiffs' branded products Invisible ordered from Defendants through Internet based e-commerce stores and the Internet website operating under their respective Sellers IDs and Subject Domain Name, and determined the products were not genuine versions of Plaintiffs' goods. *See* Declaration of Chloe Long, ECF No. [7-1], at 19-20.

On December 2, 2020, Plaintiffs filed their Complaint, ECF No. [1], and on December 16, 2020, their Amended Complaint, ECF No. [17], against Defendants for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. On December 3, 2020, Plaintiffs filed their *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, ECF No. [7]. On December 4, 2020, this Court entered a sealed Temporary Restraining Order, ECF No. [11], and temporarily restrained Defendants from infringing Plaintiffs' Marks at issue. The Temporary Restraining Order also directed Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"),

---

of Christine Ann Daley, ECF No. [7-2], at 5-6, 8-10.)

[8] Defendant Number 38 also provided contact e-mail addresses in connection with their Subject Domain Name, which is included on Schedule "A" hereto. (*See* Declaration of Christine Ann Daley, ECF No. [7-2], at 3.)

Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), SIA Joom, which operates the Joom.com platform ("Joom"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and Dunhuang Group which operates the DHgate.com and DHPay.com platforms, to identify and restrain funds in payment accounts associated with Defendants and to divert those funds to a holding account. Pursuant to the Court's December 4, 2020 Order, Plaintiffs served Defendants with a copy of the Complaint and Amended Complaint together with copies of the *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, and the Court's December 4, 2020 Temporary Restraining Order, thereby providing notice and copies of the December 4, 2020 Temporary Restraining Order and Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets via email to each Defendant's corresponding email/online contact form, and by posting copies of the Temporary Restraining Order and all other pleadings and documents on file in this action on the website located at http://servingnotice.com/k10r9/index.html. Thereafter, Certificates of Service were filed confirming service on each Defendant, ECF Nos. [21] and [22].

## II. <u>LEGAL STANDARD</u>

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III. ANALYSIS

The declarations Plaintiffs submitted in support of their Motion for Preliminary Injunction support the following conclusions of law:

A. Plaintiffs have a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sales, offer for sale, and/or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiffs' products that bear copies of Plaintiffs' Marks;

B. Because of the infringement of Plaintiffs' Marks, Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the following specific facts, as set forth in Plaintiffs' Amended Complaint, Motion for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers because it is more likely true than not that:

1. Defendants own or control Internet based e-commerce stores and an Internet website operating under their Seller IDs and Subject Domain Name which advertise, promote, offer for sale, and sell products bearing and/or using counterfeit and infringing trademarks in violation of Plaintiffs' rights; and

2. There is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products.

C. The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiffs, their respective reputations, and their goodwill as manufacturers and distributors of quality products, if such relief is not issued.

D. The public interest favors issuance of the preliminary injunction to protect Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiffs' genuine goods.

E. Under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing and/or using counterfeits and infringements of Plaintiffs' Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")).

F. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)); and

G. In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiffs have good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV. **CONCLUSION**

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion, **ECF No. [7],** is **GRANTED** as follows:

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are enjoined and restrained until further Order of this Court:

a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiffs; and

b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet websites and Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores and Internet website operating under the Seller IDs and Subject Domain Name;

(3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of

Plaintiffs' Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores and Internet website registered, owned, or operated by any Defendant, including the Internet based e-commerce stores and Internet website operating under the Seller IDs and Subject Domain Name;

(4) Each Defendant shall not transfer ownership of the Internet based e-commerce stores and Internet website operating under their Seller IDs and Subject Domain Name during the pendency of this action, or until further order of the Court;

(5) Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and Subject Domain Name and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs and Subject Domain Name that may have been deleted before the entry of this Order;

(6) Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), SIA Joom, which operates the Joom.com platform ("Joom"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, and their related companies and affiliates shall, to the

extent not already done, (i) immediately identify and restrain all funds in all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores and Internet website operating under the Seller IDs and Subject Domain Name, store numbers, merchant identification numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

(7) Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, AliExpress, Ant Financial Services, Alipay, Amazon, PayPal, Joom, ContextLogic, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc., and their related companies and affiliates, shall further, to the extent not already done, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliExpress, Ant Financial Services, Alipay, Amazon, PayPal, Joom, ContextLogic, Dunhuang Group which operates the DHgate.com and

DHPay.com platforms, Camel FinTech Inc., and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court;

(8) This Order shall apply to the Seller IDs and Subject Domain Name, associated e-commerce stores and website, and any other seller identification names, domain names, e-commerce stores, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting Plaintiffs' Marks at issue in this action and/or unfairly competing with the Plaintiffs;

(9) Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(10) As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store or domain name dismissed from this action, or as to which Plaintiffs have withdrawn their request for a preliminary injunction;

(11) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiffs shall maintain their previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(12) Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the Internet marketplace websites and/or financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, including

but not limited to AliExpress, Ant Financial Services, Alipay, Amazon, PayPal, Joom, ContextLogic, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc., and their related companies and affiliates shall, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail address known to be associated with the Defendants' respective Seller ID and Subject Domain Name;

(13) This Order shall remain in effect during the pendency of this action, or until further Order of this Court**.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 18, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record *via* E-mail.

**SCHEDULE A:**
**DEFENDANTS' RESPECTIVE FINANCIAL ACCOUNTS/INFORMATION**

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 1 | AirTnMax Store | 5874011 | 20000002886334 |
| 2 | BARAN AYDIN Store | 5974458 | 1005001438472949 |
| 3 | Factory Sneaker Store | 910324026 | 4001335301493 |
| 4 | Global female spirit trend Store | 5885427 | 4001360391532 |
| 5 | GoBuy-Y Store | manni37628667@163.com Store No. 5494093 | 4000607097217 |
| 6 | GYXS-STAR Store | 910330130 | 1005001322397939 |
| 7 | HeLeaf Store | 5606065 | 4001069138793 |
| 8 | HomelyVersal Store | 15730019245@163.com Store No. 4604015 | 33044320936 |
| 9 | ONLNIC Store | 381033953@qq.com Store No. 3145008 | 1005001331934835 |
| 10 | pink tomoto fur Store | 1472278 | 1005001567178144 |
| 11 | Shop4418001 Store | 4418001 | 4000947257974 |
| 12 | Shop5240197 Store | 5240197 | 10000389710428 |
| 13 | Shop5591059 Store | 5591059 | 4000939963939 |
| 14 | Shop5626153 Store | 5626153 | 1005001536772317 |
| 15 | Shop5633157 Store | 5633157 | 4000820699549 |
| 16 | Shop5723069 Store | 5723069 | 4001027131989 |
| 17 | Shop5781552 Store | 5781552 | 1005001376065783 |
| 18 | Shop900236246 Store | 900236246 | 1005001399658835 |
| 19 | Shop900254249 Store | 900254249 | 1005001415666090 |
| 20 | Shop910320091 Store | 910320091 | 1005001396015344 |
| 21 | Shop910348115 Store | 910348115 | 10000424457814 |
| 22 | Shop910349117 Store | 910349117 | 1005001314277014 |
| 23 | Shop910364203 Store | 910364203 | 1005001506957494 |
| 24 | Shop910372227 Store | 910372227 | 1005001346162046 |
| 25 | Shop910567268 Store | 910567268 | 1005001485412328 |
| 26 | Shop910570263 Store | 910570263 | 1005001466850075 |
| 27 | Shop910655015 Store | 910655015 | 1005001598228477 |
| 28 | SOLUDOSO Store | 5834070 | 1005001501202642 |
| 29 | SPX-GROUP Store | 910357328 | 1005001453516909 |
| 30 | Turquaz Store | 900251167 | 1005001403597624 |
| 31 | yuchenmaoyi Store | 910619004 | 1005001512519102 |
| 32 | AxxuuShop | A34VMGMJ8H79BS | B07VWF1Q4K |
| 33 | Hpwas | A3TTYBHSIAGEMA | B07VWF1Q4K |
| 34 | Per Zeal | A2V0GGS1757V6A | B081DWPF8T B08GKQL7PZ |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 35 | SANHION | A24XT1ZC8N9645 | B07YDQCV7Q B07PRL9WBK |
| 36 | xinta5015 | A22ZTA8VKCD23 | B07YZGY2CK B07XRLJPQ1 |
| 37 | YGSM | A3359MOO4VTF89 | B08H5M44PM |
| 38 | cmofashion.com | payment@kisscas.com | |
| 39 | first-and-best | tharidu7th@gmail.com | |
| 40 | imaasmuj-0 | asmuji.imam17@yahoo.com | IMAM ASMUJI |
| 41 | lemonjy-19109 | zengq9305@163.com | |
| 42 | lumo_7459 | mooreluke196@gmail.com | 392546363928 |
| 43 | renun-mala | renunganmalam12@gmail.com | RENUNGANMAL |
| 44 | ressyol_0 | ressa.yola793@gmail.com | RESSAYOLA79 |
| 45 | s1sw4_xyz | wsis403@yahoo.com | 402454746719 |
| 46 | sg8450048-3 | gunawansempak1@gmail.com | GUNAWANSEMP |
| 47 | shha-3126 | shonhaji587@yahoo.com | SHONHAJI587 |
| 48 | suggle_0 | sugenggleder78@gmail.com | SUGENGGLEDE |
| 49 | Big Boom. | 1521102362932853247-84-3-26193-2518758043 | 5d47f48e8b2c3701010460ae |
| 50 | burbuybuy3 | 5e390d6b1436d40301680acd | 5e3ce5858b45130101f751de |
| 51 | Cyan. | 5cb819028b45130301997268 | 5d45555c1436d401011d8978 |
| 52 | Fairy Jewelry Two | 5d95493c28fc71030132422f | 5dcf4a8d8b451301018bc8e0 |
| 53 | HotwaterDDD | 5d1198178b2c3703011bb641 | 5d47f48e8b2c3701010460ae |
| 54 | HUIYA-JJY1 | 5cce3d008b45130301e991e3 | 5cf77ce46ecda80101a58449 |
| 55 | i Bags | 5df870af8b4513030108f648 | 5e0467ef8b2c3701010b377b |
| 56 | Locosweet | 5d119ae68b2c3703011bdb24 | 5d47fb411436d401015b4ba8 |
| 57 | QBQlueluelue | 5d1198bc8b2c3703011bbf12 | 5e1d622d36b54d0101f1b0d3 |
| 58 | QJINTIMATES | 5ad54e2d8b2c3703814d5c13 | 5ccf98468b45130101fe18c2 |
| 59 | RMM Jewelry Office Store | 5b6e9e881436d403a1a9fc7e | 5b90ef281436d40171ab5f0d |
| 60 | SLivest | 5d3919f636b54d0301b6b460 | 5d3a8cfd28fc710101e325b8 |
| 61 | Struck | 5af5301e1436d4031416f3c4 | 5d66525f1436d40101c18a06 |
| 62 | Watty | 5b14fa651436d40306a6c318 | 5e7f125b28fc710101649628 |
| 63 | Wright | 1504771255816538134-135-3-26193-2999195761 | 5e43c9d68b2c370101411330 |
| 64 | YBH009 | 5dafc1f136b54d030149a413 | 5ea13aaa8b451301011338b4 |
| 65 | yingyingying | 1519287985595566570-168-3-709-4052532329 | 5d47fb411436d401015b4ba8 |
| 66 | Bangkok Bromello | 5f8612d5588d3a0049b97a27 | 5f8f952feda09e3165d0f5c8 |
| 67 | Chengxiaowei | 59660d544b913a66ef55616d | 59c9062177cc4e6822b6f6ce |
| 68 | Cool small appliances | 57834ed5f1ab1f1150bea6e9 | 5b8e337a1f48db1a2accc2d9 |
| 69 | coriastore | 5e5737f3579a4416037f6224 | 5e5b49d099d83aad19fd337a |
| 70 | huabang | 5b1fa32bdaac450e927aa26b | 5daab70e0c06280c81496e03 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 71 | ivettelopez | 5f4339968dc68c8e2cb3bb7e | 5f6abbb33e645badc0590210 |
| 72 | mcsmistedmoa | 5e910b112522bc14f3c767c4 | 5f6962b6f949c90044d4d43d |
| 73 | Miss you grocery store | 5b853f47c62b5518d7c48429 | 5cf5dea165cf1b40fbfacbd7 |
| 74 | Pretty Purse | 5f73a8051d28c82b974b30c3 | 5f73be878fd7950041d5fe97 |
| 75 | sxzyyouth53 | 5a30dd15dc7a910d7a7ecf2d | 5d8b35b7641b0808fa336311 |
| 76 | zhangjianjun | 583eeb56f097ec1b8a861212 | 5cadf203ad16db2873048a35 |
| 77 | ZLX888888 | 5915300f7547937a28c818cd | 5d71de9cebeacc531c9cdef7 |
| 78 | a191427609 | 21145239 | 564947774 |
| 79 | Ace216 | 21163547 | 465127976 |
| 80 | ado527 | 21193874 | 472030466 |
| 81 | Aihyhy123 | 21421913 | 513374603 |
| 82 | Aiyinghai | 21135284 | 433005002 |
| 83 | aiyingying2019 | 21123395 | 462136056 |
| 84 | Amiri hongkong | 21251655 | 467643560 |
| 85 | amwu123 | 21142639 | 512503607 |
| 86 | anni001 | 21167044 | 518568595 |
| 87 | asd2023138 | 21196856 | 564271362 |
| 88 | ashop369 | 20968696 | 506506453 |
| 89 | b332492 | 21556510 | 561125919 |
| 90 | b332493 | 21554891 | 559057462 |
| 91 | Baichengstore01 *a/k/a* TopSportmarket1688 | 21050386 | 479522407 |
| 92 | baitong512 | 21062999 | 457111213 |
| 93 | Baobao8866 | 21057019 | 526654889 |
| 94 | baoge66 | 21441828 | 561148998 |
| 95 | baolanbelt | 21357514 | 571762043 |
| 96 | Bdwuhaodian | 21218622 | 516649382 |
| 97 | Belt588888 | 21410076 | 504780530 |
| 98 | Belt888pp | 21102566 | 422187262 |
| 99 | Beltbrand08 | 21085066 | 510531859 |
| 100 | Beltbrandaaa3 | 21432729 | 515797378 |
| 101 | Beltluo1314 | 21412760 | 505408844 |
| 102 | Bggoo | 21227547 | 508588683 |
| 103 | bick_jewelry | 21090062 | 555514064 |
| 104 | boutique_store_01 | 21567604 | 569065269 |
| 105 | brand_logo_mm | 21133397 | 556264226 |
| 106 | Brand520 | 21163564 | 436522226 |
| 107 | bucksstore | 21358124 | 571805537 |
| 108 | Casualshoes0021 | 21246293 | 483590567 |
| 109 | casualv9 | 21085193 | 568978547 |
| 110 | cc0917 | 21545313 | 552185948 |
| 111 | chandlershop | 21357526 | 571976350 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 112 | chen789 | 20629597 | 530372026 |
| 113 | chen999 | 21386423 | 532499918 |
| 114 | chenjuhao668 | 21427235 | 512843771 |
| 115 | Chenlu2202 | 21244769 | 515939049 |
| 116 | chicagoshop | 21358384 | 571410246 |
| 117 | Children2018 | 20979653 | 499892247 |
| 118 | clothes_shoe_store_2 | 21533633 | 546867191 |
| 119 | cuciwatch | 20696585 | 524151017 |
| 120 | cwj520 | 21276651 | 488200492 |
| 121 | cwj668 | 21412053 | 505959031 |
| 122 | Cy2345 | 21425305 | 515024537 |
| 123 | dd886 | 21264775 | 515586731 |
| 124 | deandrebags | 21357521 | 571848065 |
| 125 | deluxejewelry | 21381273 | 505216475<br>564592586 |
| 126 | Designer_shoe_2019 | 21218539 | 514848069 |
| 127 | dg88888 | 21398654 | 572975357 |
| 128 | Dhgate5858 | 21111221 | 515797819 |
| 129 | dhh0307 | 21269374 | 505657960 |
| 130 | dhxiaol | 21107130 | 531298070 |
| 131 | dhzhenghaiy | 21123321 | 534450686 |
| 132 | dioo_03 | 21568155 | 569516204 |
| 133 | dioo_05 | 21570824 | 572029957 |
| 134 | Dsf197512 | 21237407 | 449932396 |
| 135 | dwdw008 | 21061730 | 526959821 |
| 136 | dyh16031 | 21430514 | 527513245 |
| 137 | Dzxgs888 | 21345306 | 526904314 |
| 138 | Dzxgsww | 21345579 | 526946876 |
| 139 | Ess277 | 21329298 | 508428997 |
| 140 | factorystore2016 | 20297925 | 463284564 |
| 141 | fancy_shoes1 | 21248737 | 528244993 |
| 142 | fantasyjewelry888 | 21392902 | 537921627 |
| 143 | Fashioga | 21173761 | 514654286 |
| 144 | fashion_shoes002 | 20901914 | 528292737 |
| 145 | fashion_shoes580 | 21051773 | 528296958 |
| 146 | fashion_shoes888 | 20738773 | 528305588 |
| 147 | fashion_shoes998 | 21010340 | 528302006 |
| 148 | fashionbrandbags2021 | 21439379 | 580596801 |
| 149 | fashionjewelry886 | 21025929 | 526621436 |
| 150 | Feng169 | 21414202 | 507362510 |
| 151 | fjbagstoday | 21464041 | 550836574 |
| 152 | freepat | 21501637 | 543340885 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 153 | g710026851 | 21554034 | 561140109 |
| 154 | gods_shop_shoes_02 | 21524323 | 542996051 |
| 155 | good_shop116 | 21099786 | 514762226 |
| 156 | Grass1 | 20986356 | 457136844 |
| 157 | Gucci16888 | 21361618 | 526852046 |
| 158 | Hackermissac | 21136130 | 515243679 |
| 159 | Haihaiying2019 | 21295094 | 514431436 |
| 160 | handbags06 | 21558810 | 561544568 |
| 161 | hanmeimeibags | 21357781 | 571748340 |
| 162 | hhh1 | 21556892 | 559851454 |
| 163 | hhjj265 | 21123358 | 455297765 |
| 164 | hhl1213 | 21276374 | 567495895 |
| 165 | Hi_wow | 21153018 | 505712487 |
| 166 | high_quaity_shoes_01 | 21518463 | 543536188 |
| 167 | Highquality323 | 21419874 | 515212310 |
| 168 | highqualitystore998 | 21418962 | 515338929 |
| 169 | hkj662604 | 21411875 | 505085810 |
| 170 | hnh1938 | 20914451 | 455298820 |
| 171 | homec | 21227836 | 503977171 |
| 172 | huan505090842 | 21177833 | 567446222 |
| 173 | hx521 | 21161297 | 470641873 |
| 174 | Hyy0429 | 21202716 | 441367055 |
| 175 | iphoney6 | 21210062 | 583069377 |
| 176 | isok | 21206457 | 484593740 |
| 177 | jackbelt | 21357777 | 571659268 |
| 178 | jiji2074 | 21548085 | 553512834 |
| 179 | jincheng8888 | 21550479 | 556276384 |
| 180 | jinsheng66 | 21182686 | 436833998 |
| 181 | jinteng58 | 21548264 | 555703686 |
| 182 | July01 | 21125429 | 533141932 |
| 183 | kiko6 | 20599612 | 463300742 |
| 184 | Kirin002 | 21187512 | 514332660 |
| 185 | langhua2019 | 21208860 | 489302835 |
| 186 | laoye123 | 21086759 | 506579262 |
| 187 | leegucci | 21199350 | 492084844 |
| 188 | Lemon6 | 20653387 | 466157037 |
| 189 | lerben | 21136646 | 567187235 |
| 190 | Lhoo | 21226335 | 506004928 |
| 191 | li788348 | 20769521 | 513035961 |
| 192 | liao0243420 | 21061228 | 477113314 |
| 193 | libo001 | 21566791 | 571364310 |
| 194 | lilishen666 | 21295322 | 474209544 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 195 | lilu888 | 21554447 | 559008759 |
| 196 | limeixie | 21093763 | 530095980 |
| 197 | Lj0902 | 21118046 | 514661324 |
| 198 | lming1123 | 21413772 | 525901076 |
| 199 | Logodhgate258 | 21422734 | 513922045 |
| 200 | Longyuling2016fa | 21290843 | 525914199 |
| 201 | lovebaby666 | 21422593 | 511455273 |
| 202 | lovefashion8 | 21190962 | 484602687 |
| 203 | Lq0qh0906 *a/k/a* LvShopers | 20421200 | 485976517 |
| 204 | Lqi123 | 21205401 | 527356896 |
| 205 | luckyhome0711 | 21010722 | 547030202 |
| 206 | Lucy986 | 21176310 | 527115373 |
| 207 | luleilei | 21121248 | 504350861 |
| 208 | luxecollection | 21247145 | 528268180 |
| 209 | luxurybedding | 21564597 | 570225607 |
| 210 | Lvluxurystore | 21434488 | 516123927 |
| 211 | lwxshop | 21357533 | 571997876 |
| 212 | lxn250 | 21197692 | 504676518 |
| 213 | marrybetter | 21102149 | 422589619 |
| 214 | mensfashion11 | 21549297 | 553872146 |
| 215 | ming919298 | 21185286 | 437198157 |
| 216 | mm0917 | 21548262 | 553253889 |
| 217 | Mn180 | 21224414 | 464098341 |
| 218 | Newbags2019 | 21196031 | 476007530 |
| 219 | ngwbkbxxn | 21429029 | 551604367 |
| 220 | Nice2019 | 21204256 | 527725988 |
| 221 | nikeairmaxinvigor | 21104566 | 517049349 |
| 222 | Ohmygod11 | 21433715 | 516221200 |
| 223 | Outdoorsport_1 | 21414211 | 511547142 |
| 224 | Pan39393399 | 21345461 | 508195704 |
| 225 | Perfect_v8 | 20826136 | 514927731 |
| 226 | Pippenshoes | 21083698 | 449822193 |
| 227 | porzingisshoes | 21357793 | 571853285 |
| 228 | premium_store_shoes | 21497463 | 539191791 |
| 229 | Q13319482396 | 21449037 | 527365258 |
| 230 | qiye002 | 21410534 | 556268678 |
| 231 | qiye006 | 21410784 | 516685835 |
| 232 | qiye2020 | 21410226 | 549462710 |
| 233 | quennel_luxury_facto | 21224383 | 517449330 |
| 234 | Race_sneaker_factory | 21224607 | 514487973 |
| 235 | Redbottoms886 | 21263637 | 516238277 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 236 | Rhytonsneaker | 21161898 | 479691477 |
| 237 | rookiepolos | 21357517 | 571898303 |
| 238 | Rui585888 | 21191847 | 474924801 |
| 239 | ruiaji123 | 21225980 | 478531544 |
| 240 | Ruirui1688 | 21185448 | 486914510 |
| 241 | runningwithme10 | 21228386 | 561168245 |
| 242 | Sheng8800 | 20939378 | 466342306 |
| 243 | shoe_base118 | 21110092 | 528276465 |
| 244 | shoe_seller18018 | 21122634 | 528307796 |
| 245 | shoes_base | 21107631 | 528303116 |
| 246 | shoes_base118 | 21147558 | 528338227 |
| 247 | shoes_factory118 | 21112344 | 528341646 |
| 248 | shoes_suppliers888 | 21107617 | 528278405 |
| 249 | shoes_wholesaler118 | 21148835 | 528294898 |
| 250 | shopwatch | 21401572 | 505034360 |
| 251 | shuainan18688 | 21247366 | 478650481 |
| 252 | shuhuangzhen | 21464139 | 530580978 |
| 253 | Shulinshoesshop888 | 20819009 | 475265316 |
| 254 | siyuexiaocha | 20034813 | 475637586 |
| 255 | skynorthface | 21217649 | 567208735 |
| 256 | smartbabystore | 21169479 | 491039963 |
| 257 | smithbelt | 21357774 | 571644727 |
| 258 | smj849880872 | 20972025 | 550283562 |
| 259 | sneaker2019 | 21098826 | 568942747 |
| 260 | Sneakersfr | 21273593 | 481049527 |
| 261 | soccer_jersey2019 | 21211314 | 526916857 |
| 262 | Soloka_bag_store | 21357772 | 527836718 |
| 263 | Sportmarket001 *a/k/a* Mcqueen Shoe | 21046802 | 488729823 |
| 264 | sports shoes *a/k/a* mvp350boost | 20819734 | 493244462 |
| 265 | sports0shoes | 21081257 | 512715345 |
| 266 | sshoe1 | 21552681 | 562573209 |
| 267 | ssshoe | 21560859 | 565161971 |
| 268 | sunjingrong | 20981174 | 492797361 |
| 269 | supplierwatch | 21224483 | 529456656 |
| 270 | surperme521 | 21207424 | 500884708 |
| 271 | sw_watches | 20788327 | 531495315 |
| 272 | Tang15388 | 21418952 | 526649130 |
| 273 | theshybelt | 21357512 | 571790585 |
| 274 | tradeworld001 | 21374845 | 515364532 |
| 275 | trytrytry | 20803847 | 485660692 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 276 | tshirts668 | 21466679 | 525718656 |
| 277 | Tttt555 | 21162844 | 526730530 |
| 278 | upline | 21557000 | 561901427 |
| 279 | vj6677 | 20899929 | 504002224 |
| 280 | vv577uu | 21563468 | 566710219 |
| 281 | W76532703 | 21186852 | 438075162 |
| 282 | Wadeluo | 20981510 | 490766009 |
| 283 | watch1888 | 21066184 | 551901979 |
| 284 | watches2019_1 | 21357501 | 571600626 |
| 285 | watchok | 21439686 | 522671158 |
| 286 | wb12 | 21168195 | 560236786 |
| 287 | wert88898 | 20539551 | 495486737 |
| 288 | Wsdyyy | 21162815 | 434064848 |
| 289 | wufeizhi1990 | 21202510 | 571729037 |
| 290 | wujin1314 | 21039766 | 514962437 |
| 291 | Ww66871bb | 21226028 | 514159408 |
| 292 | www5822 | 21397996 | 510165267 |
| 293 | x0610 | 21466904 | 569153028 |
| 294 | X998 | 20826230 | 411384755 |
| 295 | Xiangguibagsoes2020 | 21427206 | 514621297 |
| 296 | Xiangxiang2015 | 21225976 | 474595925 |
| 297 | Xiaohan11 | 21044304 | 478420483 |
| 298 | Xiaomao58 | 21227961 | 527731906 |
| 299 | xingxing2b | 21531758 | 554150825 |
| 300 | xsguoji_001 | 21528080 | 545603683 |
| 301 | xue998 | 21160567 | 461531533 |
| 302 | xx992 | 21230658 | 458541659 |
| 303 | xx994 | 21217683 | 560835419 |
| 304 | y0218 | 21464432 | 567513949 |
| 305 | Yangbie1203 | 21425805 | 512362188 |
| 306 | ycf1638812 | 21226196 | 504344854 |
| 307 | ycf1638813 | 21226388 | 504370266 |
| 308 | yd1996 | 21433365 | 573162678 |
| 309 | ye08175012 | 21171594 | 504576609 |
| 310 | yeezy750_2019 | 21241203 | 499112860 |
| 311 | Yhws1388 | 21162702 | 527201677 |
| 312 | yidalifushi | 21307627 | 506174131 |
| 313 | Yingbaiaini1314 | 21162710 | 433591958 |
| 314 | yinhong2 | 21163350 | 456742062 |
| 315 | Yomeiyo | 20907407 | 471038462 |
| 316 | you002 | 20915739 | 476235295 |
| 317 | Ysm3344 | 21226401 | 475815495 |

| Def. No. | Defendant / Seller ID or Subject Domain Name | Financial Account Information | Branded Item's ASIN / Infringing Product Number |
|---|---|---|---|
| 318 | yttfyift | 21169679 | 569016893 |
| 319 | yundu693 | 21492179 | 567498747 |
| 320 | yunqi122 | 21513105 | 559114736 |
| 321 | Yuwe68444 | 21108308 | 471855665 |
| 322 | Yxl86 | 20326067 | 506026331 |
| 323 | yyang6868 | 21121483 | 505182529 |
| 324 | z18673378183 | 21405111 | 571422282 |
| 325 | z202078 | 21550470 | 571671098 |
| 326 | zelingbaby | 21133659 | 461514991 |
| 327 | Zhangchen147 | 21414491 | 507273502 |
| 328 | zhouhuixiang09 | 21478142 | 531002101 |
| 329 | zhsgdhr123 | 19171152 | 588257229 |
| 330 | Zhujuan1987 | 21248486 | 529516295 |
| 331 | zling0918 | 21414011 | 516933671 |
| 332 | Zsh8888 | 21195761 | 449452435 |
| 333 | Zteng1122 | 21227665 | 454117715 |
| 334 | zuonianzg6 | 21086561 | 504736036 |
| 335 | zxc168666 | 20716862 | 407240524 |
| 336 | zxcvb168 | 21209704 | 491453839 |
| 337 | Zyh2019 | 21411019 | 505498821 |
| 338 | zym1995 | 21220074 | 504138791 |
| 339 | Zyp1971126 | 21204334 | 447784138 |
| 340 | zz984 | 21207169 | 560293545 |